In the Matter of the Accounting of JOHN BRENNAN et al., as Executors of STELLA C. MEGRUE, Deceased, Respondents.

THE ACTORS' FUND OF AMERICA, INC., Appellant.

(Argued October 9, 1930; decided October 24, 1930.)

*Jacob I. Goodstein* for appellant.

*John Schulman* and *T. Raymond St. John* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.